**LAW OFFICE OF EMILY DELEON**
Emily de Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
Jose Arnold Ruiz

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **Case No.** 1:14-CR-00113-DAD-BAM |
|---|---|
| Plaintiff | |
| JOSE ARNOLD RUIZ | STIPULATION AND ORDER TO CONTINE STATUS CONERENCE |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE BARBARA A. MCAULIFFE; LAURA WITHERS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOSE ARNOLD RUIZ, by and through his attorney of record, EMILY DELEON, hereby requesting that the status conference hearing currently set for May 28, 2019, be continued to June 24, 2019.

The government provided the defense a plea agreement on May 23, 2019. The defense needs additional time to discuss the plea agreement with the defendant and for continued negotiations with the Government.

The parties agree that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to June 24, 2019 inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

1

**IT IS SO STIPULATED.**

DATED: 05/23/19

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
JOSE ARNOLD RUIZ

DATED: 05/23/19

*/s/Laura Withers*
LAURA WITHERS
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the 1st Status Conference is continued from 5/28/2019 to **6/24/2019 at 1:00 PM before Magistrate Judge Stanley A. Boone**. IT IS SO FOUND AND ORDERED that time is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **May 23, 2019**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE