McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00113-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| JOSE ARNOLD RUIZ, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, and defendant Jose Arnold Ruiz, by and through his undersigned counsel, hereby request to vacate the status conference hearing currently set for November 12, 2019 at 1:00 pm. The parties hereby further request to set this matter for a change of plea on December 2, 2019 at 10:00 am.

The parties agree that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., within which trial must commence, the time period of November 12, 2019 to December 2, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(G), 3161(h)(7)(A), and 3161(h)(7)(B)(I), (ii), and (iv), because it results from a continuance granted by the Court at both parties' request on the basis of the Court's need to consider the proposed plea agreement and a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in speedy trial.

1

Dated: November 6, 2019

                        McGREGOR W. SCOTT
                        United States Attorney

By: /s/ *Laura D. Withers*
     LAURA D. WITHERS
     Assistant United States Attorney

Dated: November 6, 2019

By: /s/ *Emily Deleon*
     EMILY DELEON
     Attorney for Jose Arnold Ruiz

## **ORDER**

IT IS SO ORDERED that the status conference set for November 12, 2019 be vacated and this case set for a change of plea hearing on **December 2, 2019 at 10:00 am before District Judge Dale A. Drozd**. IT IS SO FOUND AND ORDERED that time is deemed excludable under 18 U.S.C. §§ 3161(h)(1)(G), 3161(h)(7)(A), and 3161(h)(7)(B)(I), (ii), and (iv), because it results from a continuance granted by the Court at both parties' request on the basis of the Court's need to consider the proposed plea agreement and a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in speedy trial.

IT IS SO ORDERED.

Dated: **November 6, 2019**           /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE