| | |
|---|---|
| **LAW OFFICE OF EMILY DELEON** | |
| Emily de Leon, SBN 296416 | |
| 1318 K Street | |
| Bakersfield, CA 93301 | |
| Tel: (661) 326-0857 | |
| Email: emily@lawdeleon.com | |

Attorney for:
Jose Arnold Ruiz

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.** 1:14-CR-00113-DAD |
| Plaintiff | |
| JOSE ARNOLD RUIZ | STIPULATION AND ORDER TO SET NEW CHANGE OF PLEA HEARING |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD; LAURA WITHERS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOSE ARNOLD RUIZ, by and through his attorney of record, EMILY DELEON, hereby requesting that the Court accept the stipulation by counsel to allow Mr. Ruiz to withdraw his previously entered plea and enter a change of plea to a new signed and filed plea agreement.

The filed plea agreement is an earlier version of the plea agreement, not the one to which the parties finally agreed. The parties had been corresponding via email regarding a plea agreement for Mr. Ruiz.

The final plea agreement allowed for both the defense and government to make sentencing requests outside the guideline range at the time of Sentencing. In the course of sending the signed plea agreement to the Government, Defense Counsel mistakenly attached the signed page to an outdated plea agreement. As such, the filed plea agreement does not contain the parties' final plea agreement.

1

The Government and Defense Counsel ask the Court to accept a stipulation that Mr. Ruiz may withdraw his previously entered plea and set a new change of plea hearing. Mr. Ruiz would be entering a change of plea to the newly filed plea agreement. Further, the parties ask that the Court allow the PSR to be modified to reflect the new plea agreement, rather than requiring a new interview.

**IT IS SO STIPULATED.**

DATED: 01/27/20

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
JOSE ARNOLD RUIZ

DATED: 01/27/20

*/s/Laura Withers*
LAURA WITHERS
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that Mr. Ruiz's previously entered plea of guilty be withdrawn and that a new change of plea hearing be set for February 10, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 27, 2020**

UNITED STATES DISTRICT JUDGE